IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cole, Beverly A

Printed: 9/3/08

Case Number: 04 B 47996
Judge: Wedoff, Eugene R
Filed: 12/30/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: June 12, 2008
Confirmed: February 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 23,093.26 |  |
| Secured: |  | 12,046.82 |
| Unsecured: |  | 6,487.56 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,694.00 |
| Trustee Fee: |  | 1,091.62 |
| Other Funds: |  | 773.26 |
| Totals: | 23,093.26 | 23,093.26 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,694.00 | 2,694.00 |
| 2. | CitiFinancial Auto Credit Inc | Secured | 12,046.82 | 12,046.82 |
| 3. | Premier Bankcard | Unsecured | 156.60 | 184.27 |
| 4. | Capital One | Unsecured | 65.79 | 77.43 |
| 5. | Capital One | Unsecured | 304.06 | 357.78 |
| 6. | Capital One | Unsecured | 164.21 | 193.25 |
| 7. | ECast Settlement Corp | Unsecured | 217.13 | 255.52 |
| 8. | Capital One | Unsecured | 271.92 | 320.02 |
| 9. | CitiFinancial Auto Credit Inc | Unsecured | 4,332.90 | 5,099.29 |
| 10. | Merrick Bank | Unsecured |  | No Claim Filed |
| 11. | Metropolitan Advanced Radiology | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 20,253.43 | $ 21,228.38 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 127.89 |
| 3% | 60.14 |
| 5.5% | 291.39 |
| 5% | 78.76 |
| 4.8% | 158.08 |
| 5.4% | 375.36 |
|  | _____ |
|  | $ 1,091.62 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Cole, Beverly A | Case Number:  04 B 47996 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/3/08 | Filed:  12/30/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

